|  |  |  |
|---|---|---|
| Darnell Williams, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Rosati's Franchising, Inc.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **United States District Court**<br>**Northern District of Illinois**<br><br><br>Case No.: 1:25-cv-9040 |

## JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's Minute Entry dated November 12, 2025, the parties hereby submit this Joint Status Report regarding the progress of settlement.

The parties have reached a full and final resolution. A Settlement Agreement has been fully executed, and the terms of the resolution are now being implemented. Counsel are coordinating the remaining administrative steps needed to conclude the settlement and prepare the necessary dismissal documents.

In light of the executed settlement, the parties respectfully request that the Court allow thirty (30) days for the submission of the dismissal papers. Counsel anticipate completing the necessary steps within that timeframe and will promptly file the stipulation of dismissal once finalized.

The parties will provide the Court with a further update, including any developments regarding settlement, as appropriate.

Dated: December 10, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*
**/s/ David B. Reyes**
By: David B. Reyes, Esq. 68-29 Main Street, Flushing, NY 11367

O: (844) 731-3343
C: (718) 554-0237
Email: Dreyes@ealg.law

/s/ Míle Knabe

Michael J. Boxerman
mboxerman@marcusboxerman.com

Míle Knabe
mknabe@marcusboxerman.com
MARCUS & BOXERMAN
20 N. Clark Street, Ste. 3300 Chicago, Illinois 60602 (312) 216-2720

COUNSEL FOR DEFENDANT